

NUMBER 13-08-00444-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JOHNNIE HEINAMAN,                                                  APPELLANT,

v.

THE STATE OF TEXAS,                                                  APPELLEE.

On Appeal from the 197th District Court
of Willacy County, Texas.

# MEMORANDUM OPINION

**Before Justices Yañez, Rodriguez, and Vela**
**Memorandum Opinion Per Curiam**

Appellant, Johnnie Heinaman, has filed a motion to dismiss his appeal in the foregoing cause. The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby

DISMISSED. Costs will be taxed against appellant. *See* Tᴇx. R. Aᴘᴘ. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered
and filed this the 26th day of August, 2008.